UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

_____ *
_____ *
                                *
              Plaintiff,        *
vs.                             * Case No. _____
                                *
_____ *
_____ *
              Defendant.        *

**MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE**

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:**
   _____

2. **State:**
   **(a) Full name:** _____
   **(b) Present business address:** _____
   **(c) Office telephone number and email:** _____
   **(d) Name of your firm, company or agency:** _____

3. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:** _____
   _____

4. **(a) Are you a member in good standing of the bar of the Supreme Court of Alabama?** _____

   **(b) If so, state the month and year you were admitted:** _____

   **(c) Are you a member in good standing of the bar of any other state's highest court?** _____

   **(d) If so, name the state(s) and the month and year you were admitted:** _____
   _____

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:** _____
   _____

6. **Are you regularly engaged in the practice of law in the State of Alabama?** \_\_\_\_\_

---

[1] Attach additional pages as needed for complete responses.

7.     **(a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?** _____

    **(b) If so, describe fully the circumstances:** _____

_____

8.     **(a) Do you presently have pending against you any disciplinary charges by any court or bar association?** _____

    **(b) If so, describe fully the circumstances:** _____

_____

9.     **(a) Have you ever been cited for contempt by any federal or state court?** _____

    **(b) If so, describe fully the circumstances:** _____

10.     **(a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court?** _____

    **(b) If so, describe fully the circumstances:** _____

_____

11.     **Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court?** _____

12.     **Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court?** _____

    **(The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)**

13.     **I declare under penalty of perjury that the foregoing is true and correct.**

    _____
    **Applicant Name**

    **Date:** _____

**Oath of Admission:**

    **I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.**

    _____
    **Signature of Attorney**

Wayne D. Taylor is admitted to practice law in the following courts:

| JURISDICTION | DATE OF ADMISSION | ATTORNEY/BAR NUMBER |
|---|---|---|
| Georgia Supreme Court | 10/03/85 | |
| Georgia Court of Appeals | 10/03/85 | |
| USDC Northern District of Georgia | 10/03/85 | |
| USDC Middle District of Georgia | 02/04/86 | |
| US Court of Appeals for the 11th Circuit | 02/06/86 | |
| USDC Southern District of Georgia | 04/20/87 | |
| USDC Southern District of Mississippi | 01/05/88 | |
| US Court of Appeals for the 5th Circuit | 03/13/89 | |
| USDC for the Southern District of Alabama[1] | 12/31/93 | |
| USDC Southern District of Texas | 04/25/00 | |
| USDC Eastern District of Texas | 06/20/00 | |
| USDC Northern District of Ohio | 03/03/03 | |
| USDC Eastern District of Wisconsin | 07/15/03 | |
| United States Supreme Court | 10/14/03 | |
| USDC Eastern District of Tennessee | 01/10/06 | |
| USDC District of Columbia | 06/05/06 | TX0035 |
| USDC Northern District of Illinois | 09/25/06 | |
| USDC Northern District of Florida | 03/17/08 | |
| USDC Western District of Oklahoma | 04/11/13 | |

---

[1] I was previously admitted to practice in the United States District Court for the Southern District of Alabama on December 31, 1993. However, due to the Court's change in its local rules that subsequently required all members of the Bar of this Court must be admitted to practice before the Supreme Court of Alabama, I was unable to renew my membership.



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Wayne D. Taylor, State Bar No. 701275,** was duly admitted to practice in said Court on 10/03/1985, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of November, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: Parker Thompson
Deputy Clerk