IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WHARF RETAIL PROPERTIES, LLC,      ) | |
|     Plaintiff,                                                  ) | |
|                                                                        ) | |
| v.                                                                      ) | CIVIL ACTION: 1:22-00449-KD-B |
|                                                                        ) | |
| LANDMARK AMERICAN INSURANCE CO.,  ) | |
|     Defendant.                                             ) | |

### ORDER

This matter is before the Court on the parties' respective motions to exclude expert testimony. (Docs. 69 (Peter Sogn), 70-71 (Tony Childress), 73-74 (Randall Davis), 75-76 (Wesley Vincent), 77 (Rob Senecal II), and 81 (Gregory Heiges)). It is **ORDERED** that any Responses to the motions shall be filed on or before **December 22, 2023.** No further briefing shall be permitted without leave of Court.

Additionally, it is **ORDERED** that that this matter is set for an **evidentiary hearing** on **January 18, 2024** at **9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, AL, 36602. Pursuant to Daubert v. Merrell Dow Pharm. Inc., 509 U.S. 579 (1993), the parties are instructed to be prepared to present to the Court, at this evidentiary hearing, any witnesses and evidence they deem necessary regarding the motion. The parties are advised that the expert witnesses may appear at the evidentiary hearing either in person **or** via video-conference. If any witnesses will appear via video-conference, the parties shall contact Courtroom Deputy Nicole Hawkins (251-694-4272) **no later than January 11, 2024** to make the necessary arrangements and to schedule a test of the video system.

Moreover, the parties shall confer and agree upon the order of appearance of the expert witnesses for the hearing and jointly file a Notice of Order of Appearance by **January 11, 2024.**

**DONE** and **ORDERED** this the **7th** day of **December 2023.**

                                                /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**