IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WHARF RETAIL PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:22-00449-KD-B |
| | ) | |
| **LANDMARK AMERICAN INSURANCE COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the verdict of the jury issued April 24, 2024, and the Court's Memorandum Opinion and Order entered August 14, 2024, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Wharf Retail Properties, LLC and against Landmark American Insurance Company in the amount of $1,745,061.58.

**DONE** the **14th** day of **August 2024**.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE