# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WHARF RETAIL PROPERTIES, LLC,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 1:22-00449-KD-B<br>) |
| **LANDMARK AMERICAN INSURANCE COMPANY,** | )<br>)<br>) |
| Defendant. | )<br>) |

## AMENDED JUDGMENT

In accordance with the verdict of the jury issued April 24, 2024, and the Court's Order entered today, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Wharf Retail Properties, LLC and against Landmark American Insurance Company in the amount of **$1,222,020.66**.

**DONE** the **8th** day of **October 2024**.

                                                  **/s/ Kristi K. DuBose**
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**